# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

Case No. 2:09-cv-01547-DCN

| | |
|---|---|
| JK HARRIS & COMPANY, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| ) | **WITHOUT PREJUDICE OF CLAIMS** |
| DOMAINS BY PROXY, INC. ) | **AGAINST DOMAINS BY PROXY, INC.** |
| and MATT CONNELLY d/b/a ) | ***ONLY*** |
| PROVEN SOLUTIONS GROUP, ) | |
| JKHARRISREVIEW.COM and ) | |
| WWW-TAXMASTERS.COM, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff JK Harris & Company, LLC, by and through counsel, hereby gives notice of its Voluntary Dismissal <u>Without Prejudice</u> of its Complaint against Defendant Domains By Proxy, Inc. <u>only</u>.

PPAB 1616077v1

Respectfully submitted,

s/ J. Walker Coleman, IV
J. Walker Coleman, IV (Fed. ID No. 6007)
Email: walkercoleman@parkerpoe.com
Joshua W. Dixon (Fed. ID No. 10036)
Email: joshdixon@parkerpoe.com
PARKER POE ADAMS & BERNSTEIN LLP
200 Meeting Street, Suite 301
Post Office Box 160
Charleston, SC  29401
Phone:  (843) 727-2650
Fax:  (843) 727-2680

*OF COUNSEL:*
William S. Fultz
Email: evanfultz@parkerpoe.com
N.C. State Bar No. 35009
Christopher M. Thomas
Email:  christhomas@parkerpoe.com
N.C. State Bar No. 31834
PARKER POE ADAMS & BERNSTEIN LLP
Wachovia Capitol Center
150 Fayetteville Street, Suite 1400
Raleigh, NC 27601
Telephone: (919) 828-0564
Facsimile: (919) 834-4564

ATTORNEYS FOR PLAINTIFF
JK HARRIS & COMPANY, LLC

October 20, 2009

Charleston, South Carolina

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DOMAINS PROXY, INC. *ONLY*** has been served upon the following counsel of record by placing the same in the United States mail, first class postage prepaid, addressed to the following as shown below this 20th day of October, 2009.

**Domains By Proxy, Inc.**
**14455 N. Hayden Rd., #219**
**Scottsdale, AZ 85260**

s/ J. Walker Coleman, IV
PARKER POE ADAMS & BERNSTEIN LLP
200 Meeting Street, Suite 301
Charleston, SC 29401
Phone: (843) 727-2650