IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JK HARRIS & COMPANY, LLC, ) | |
| ) | Civil No. 2:09-CV-01547-DCN |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| DOMAINS BY PROXY, INC., and ) | |
| MATT CONNELLY d/b/a PROVEN ) | |
| SOLUTIONS GROUP, ) | |
| JKHARRISREVIEW.COM and ) | |
| WWW-TAXMASTERS.COM, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

FOR GOOD CAUSE SHOWN, the court **GRANTS** plaintiff's motion to serve defendant Matt Connelly (d/b/a Proven Solutions Group, JKHarrisreview.com and www-taxmasters.com) by alternative means. Specifically, plaintiff may serve defendant Matt Connelly, d/b/a Proven Solutions Group, JKHarrisreview.com and www-taxmasters.com, by (1) sending a copy of the summons and complaint to him by email at <matt@matt-connelly.com> and (2) sending a copy of the summons and complaint via certified mail, return receipt requested, to his father's address at 10036 Minnick Avenue, Oak Lawn, Illinois.

**AND IT IS SO ORDERED.**

_____
**DAVID C. NORTON
CHIEF UNITED STATES DISTRICT JUDGE**

**July 26, 2010
Charleston, South Carolina**